**No. 24-2638**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,
*Plaintiffs - Appellants*,

v.

UBER TECHNOLOGIES, INC. and GEGEN LLC,
*Defendants - Appellees*.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
Case No. 2:16-cv-00573-MMB

**STIPULATED DISMISSAL**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties

stipulate to the dismissal of this appeal, each party to bear their own costs.

| | |
|---|---|
| /s/ Shannon Liss-Riordan | /s/ Robert W. Pritchard |
| Shannon Liss-Riordan | Robert W. Pritchard (PA 76979) |
| LICHTEN & LISS-RIORDAN, P.C. | LITTLER MENDELSON, P.C. |
| 729 Boylston Street, Suite 2000 | One PPG Place, Suite 2400 |
| Boston, MA 02116 | Pittsburgh, PA 15222 |
| (617) 994-5800 | (412) 201-7628 |
| | |
| *Counsel for Plaintiffs-Appellants* | *Counsel for Defendants - Appellees* |